## Suddeth *vs.* Kramer.

This was the grant of a new trial in a claim case in justice's court upon *certiorari;* and this court will not interfere with the first grant of a new trial by the presiding judge, the evidence in the case not demanding the verdict.

Judgment affirmed. (Head-note by the court.)

December 21, 1886.

Blandford, Justice.

## Boggess *vs.* Lowrey.

The only ground of complaint is, that the court erred in not continuing the case upon application of plaintiff in error. The showing for continuance was complete, except that it failed to show that the same was not made for delay, but to procure the attendance of the witness at the next term. This was material, and the court could well refuse the continuance for this reason.

Judgment affirmed. (Head-note by the court.)

December 21, 1886.

Blandford, Justice.